# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Bowling Green Division

| | | | |
|---|---|---|---|
| Stacey Clayton | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 1:16-cv-00194-GNS |
| | ) | | |
| Equifax Information Services, LLC *et al.* | ) | | |
| *Defendants* | ) | | |
| | ) | | |

### NOTICE OF SETTLEMENT

    Please take notice that Plaintiff, Stacey Clayton, has reached a settlement with defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice.

    Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Stacey Clayton*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Stacey Clayton*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 15th day of February, 2017, which will send a Notice of Electronic Filing to all counsel of record.

                          /s/ James H. Lawson
                          *Counsel for Plaintiff*
                          *Stacey Clayton*